### 26158. Cox *v.* The State.

Broyles, C. J. The evidence authorized a verdict of guilty on both counts of the indictment; and the court did not err in overruling the motion for new trial based solely on the general grounds.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

Decided April 7, 1937.

*S. W. Ragsdale,* for plaintiff in error.
*Hal C. Hutchens, solicitor-general,* contra.